Case 4:15-cv-01562 Document 64-1 Filed in TXSD on 10/09/17 Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
October 10, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| LISA MCCARTY and DANIEL MCCARTY<br><br>Plaintiffs,<br><br>v.<br><br>MEDTRONIC MINIMED, INC., a Delaware corporation; MEDTRONIC, INC., a Minnesota corporation; and DOES 1 through 20, inclusive,<br><br>Defendants. | Civil Action No.<br><br>4:15-CV-01562 |

## ORDER GRANTING
## JOINT MOTION TO AMEND THE SCHEDULING ORDER

THIS MATTER comes before the Court upon the parties' Joint Motion to Amend the Scheduling Order. The Court, having considered the motion and good cause appearing therefore, GRANTS the parties' Joint Motion to Amend the Scheduling Order.

It is therefore ORDERED that the following deadlines shall govern this matter:

- April 30, 2018 – discovery cut-off
- June 29, 2018 – motion cut-off
- August 31, 2018 – joint pretrial order
- October 2018 – trial term

1

SO ORDERED this **10** day of **Oct**, 2017.

*/s/ David Hittner*
The Honorable David Hittner
United States District Court Judge